IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE YELLEN,

      Petitioner,                        No. CIV S-01-2398 MCE GGH P

    vs.

DIANE BUTLER,

      Respondents.

_____/

JEFFREY BIGGS,

      Petitioner,                        No. CIV S-04-1169 FCD GGH P

    vs.

GRAY DAVIS, et al.,

      Respondents.

_____/

NOEL VALDIVIA,

      Petitioner,                        No. CIV S-05-0416 FCD DAD P

    vs.

JILL BROWN, et al.,                    NON-RELATED CASE ORDER

      Respondents.

_____/

1  The court has received the Notice of Related Cases concerning the above-
2  captioned cases filed March 2, 2005.  <u>See</u> Local Rule 83-123, E.D. Cal.  The court has
3  determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines
4  to do so.  This order is issued for informational purposes only and shall have no effect on the
5  status of the
6  cases.
7  DATED: 5/2/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
yel.rel