IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BIGGS,

    Petitioner,                            No. CIV S-04-1169 FCD GGH P

    vs.

ARNOLD SCHWARZENEGGER,

    Respondent.                          ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the 2002 decision by the Board of Prison Terms (BPT) finding him unsuitable for parole.

        On May 1, 2006, petitioner filed a status report stating that on December 28, 2005, the BPT found him eligible for parole. On June 7, 2006, petitioner filed a status report in CIV S-1439 FCD GGH P stating that on May 23, 2006, Governor Schwarzenegger reversed the grant of parole.[1]

/////

---

[1] Judicial notice may be taken of court records. <u>Valerio v. Boise Cascade Corp.</u>, 80 F.R.D. 626, 635 n.1 (N.D. Cal. 1978), <u>aff'd</u>, 645 F.2d 699 (9th Cir.), <u>cert. denied</u>, 454 U.S. 1126 (1981).

1

1  Because Governor Schwarzennegger reversed the 2005 decision by the BPT
2  finding petitioner suitable for parole, petitioner shall show cause within twenty days from the
3  date of this order why the instant action should not be dismissed as moot.
4  Accordingly, IT IS HEREBY ORDERED that within fifteen days of the date of
5  this order, petitioner shall show cause why this instant action should not be dismissed as moot.
6  DATED: 9/20/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

10  big1169.osc