DANIEL BRODERICK, Bar #89424
Acting Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
JEFFREY BIGGS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BIGGS,                    )    NO.    CIV S-04-1169 FCD  GGH P
                                  )
              Petitioner,         )
                                  )    **ORDER**
      v.                          )
                                  )
STATE OF CALIFORNIA, et al        )
                                  )
              Respondent.         )
_____   )

               On October 4, 2006, Petitioner filed an unopposed request for an extension of time to file a

response to this Court's Order to Show Cause.  Good cause appearing, IT IS ORDERED that:

               The Petitioner shall file and serve any Response to this Court's Order to Show Cause on or

before November  3, 2006.


Dated: 10/16/06                              /s/ Gregory G. Hollows
                                            _____
                                            United States Magistrate Judge



bigg1169.eot