IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BIGGS,

    Petitioner,                   No. CIV S-04-1169 FCD GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Respondents.               <u>ORDER</u>

_____/

        Pursuant to stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that if this action is not dismissed, the parties shall file objections to the findings and recommendations within twenty days of this court's order denying petitioner's motion to dismiss.

DATED: 5/16/07

                                              /s/ Gregory G. Hollows

                                              UNITED STATES MAGISTRATE JUDGE

bigg1169.eot