IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BIGGS,

    Petitioner,               No. CIV S-04-1169 FCD GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Respondents.            <u>ORDER</u>

_____/

    Petitioner has requested that this action be dismissed. On May 15, 2007, respondent filed a statement of non-opposition to this request.

    Accordingly, IT IS HEREBY ORDERED that:

    1. This action is dismissed without prejudice. Fed. R. Civ. P. 41(a); <u>see also</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

    2. The hearing set for May 31, 2007, regarding petitioner's motion to dismiss is vacated.

DATED: 5/22/07                /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

bigg1169.vol

1